IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AFC FRANCHISING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17-cv-00793-TMP |
| ) | |
| KEITH PELLICANO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The above-styled action commenced on May 15, 2017. (Doc. 1). On October 13, 2017, the court entered an Order to Show Cause as to the plaintiff AFC Franchising for want of prosecution. (Doc. 21). The plaintiff responded on October 23, 2017 (doc. 24), informing the court that it had filed a Motion for Entry of Default at to Defendants Rhonda Pellicano and Exigent Care, Inc. (doc. 23), and that it was requesting additional time to serve defendant Keith Pellicano.

The court construes the request for additional time to serve defendant Keith Pellicano as a motion, and the motion is hereby GRANTED. The plaintiff shall have an additional thirty (30) days from the entry of this order or until Thursday,

November 23, 2017, to serve the defendant Keith Pellicano.  No further extensions of this service deadline will be granted.

**DONE** and **ORDERED** on October 24, 2017.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE